# Court of Appeals
# of the State of Georgia

ATLANTA,    August 26, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2341.  THOMAS L. PYBURN v. THE STATE.**
**A15A2342.  THOMAS L. PYBURN v. LOLA B. JAMSKY, CLERK.**

Thomas Pyburn was convicted of incest and sentenced to 20 years imprisonment.  We affirmed his conviction on direct appeal.  *Pyburn v. State*, 301 Ga. App. 372 (687 SE2d 909) (2009).  In February 2014, Pyburn filed an application for out-of-time review by the Sentence Review Panel.  After the trial court denied his application, Pyburn filed a notice of appeal, which has been docketed in this Court as Case No. A15A2341.

Before Pyburn's appeal in Case No. A15A2341 was docketed in this Court, he filed a petition for a writ of mandamus in the trial court.  In his petition, Pyburn sought an order compelling the Clerk of the Court to process his direct appeal from the denial of his application for out-of-time review by the Sentence Review Panel. The trial court issued an order denying the filing of Pyburn's petition without the payment of costs by him.  Pyburn then filed a notice of appeal from that order, which has been docketed in this Court as Case No. A15A2342.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264, 264 (626 SE2d 83) (2006) ("[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised." (punctuation omitted)).  Accordingly, Case No. A15A2342 is hereby TRANSFERRED to the Supreme Court for disposition.  In the interests of judicial

economy and judicial comity, Case No. A15A2341 also is TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*   08/26/2015   
       *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*